UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and | ) |
| | ) |
| MONSANTO TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) |
| ZEFERINO SAUCEDA, | ) |
| | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Plaintiffs Monsanto Company and Monsanto Technology LLC, by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 make the following corporate disclosure statement:

**1.**

Monsanto Company is a publicly traded company which has no parent company. No publicly traded company owns ten percent (10%) or more of the stock of Monsanto Company.

**2.**

Monsanto Company Technology LLC is a wholly owned subsidiary of Monsanto Company.

5250696.1

**Respectfully submitted,**

**THOMPSON COBURN LLP**

By  /s/ Daniel C. Cox
    Daniel C. Cox, Mo. E.D. Bar #57781
    Jeffrey A. Masson, Mo. E.D. Bar #5239927
    One US Bank Plaza
    St. Louis, Missouri  63101
    314-552-6000
    FAX 314-552-7000

*Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC*

- 3 -

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing will be personally served on the Defendant with Monsanto's Complaint.

Zeferino Sauceda
15412 FM 400
Slaton, TX 79364

                                              /s/ Daniel C. Cox