UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and | ) | |
| | ) | |
| MONSANTO TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | |
| ZEFERINO SAUCEDA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Leave to Serve Expedited

Discovery and Entry of a Protective Order. It is hereby ORDERED that Plaintiffs' Motion is

GRANTED and that: (1) Plaintiffs are permitted to serve expedited discovery; and (2) the

Defendant is precluded from destroying evidence from fields upon which he harvests cotton.

It is further ORDERED that the Defendant must respond to Plaintiffs' discovery within

ten (10) days from the date of service.

SO ORDERED:

_____

Judge

Date:

5250678.1