UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 4:10-CV-2249 (CEJ) |
| ZEFERINO SAUCEDA, | ) |
| Defendant. | ) |

### PROTECTIVE ORDER

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that Defendant and any other person or entity acting in concert with the Defendant from shall not destroy or dispose of any evidence at issue in this lawsuit, including cotton crops or crop residue (either by tilling or by conducting any farm operation that would disturb the crops or crop residue), and/or cotton seeds, wherever they exist and/or are stored, before plaintiffs can inspect and sample the fields and storage locations.

**IT IS FURTHER ORDERED** that this Order shall remain in full force and effect until (1) plaintiffs' inspection is completed and reports to the Court that the Order of Protection is no longer necessary; (2) such time it is modified, amended or rescinded by the Court; or (3) until such time as the parties may petition the Court to modify or amend its terms.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 7th day of January, 2011.