UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and | ) | |
| MONSANTO TECHNOLOGY, LLC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. |
| | ) | 4:10CV2249CEJ |
| ZEFERINO SAUCEDA | ) | |
| Defendant. | ) | |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Zeferino Sauceda, Defendant in the above named and numbered case, and subject to his Motion to Transfer Venue filed contemporaneously herewith, for answer to the Complaint and Jury Demand filed by Monsanto Company and Monsanto Technology, LLC (collectively "Plaintiffs") would show the Court as follows:

1.      Defendant neither admits or denies the allegations set forth in Paragraphs 1,2,3,4,5,6,7 and 8.

2.      Defendant admits the allegations set forth in Paragraphs 9 and 10.

3.      Defendant denies that venue is proper in the Eastern District of Missouri and would show that this suit should be filed in the Lubbock Division of the Northern District of Texas. Defendant admits that the Federal Courts have subject matter jurisdiction.

4.      Defendant neither admits or denies the allegations set forth in Paragraphs 13,14,15,16,17, 18,19 and 20. These paragraphs allege facts that are either within the peculiar knowledge of Monsanto and unknown to Defendants or they allege conclusions of law.

5.    Defendant admits Paragraph 21 but denies the licensing agreement has any relevance to this lawsuit.

6.    Defendant denies the allegations of Paragraphs 22,23, 24 & 25.

7.    Defendant admits the allegations set forth in Paragraph 26.

8.    Defendant neither admits or denies allegations set forth in Paragraph 27.

9.    Defendant neither admits or denies the allegations set forth in Paragraphs 28 and 29. Such allegations are peculiarly within the knowledge o f Monsanto.

10.    Defendant denies the allegations set forth in Paragraphs 27,28,29,30,31,32,33,34 and 35.

11.    With regard to Paragraph 36 no response is required.

12.    Defendant neither admits or denies the allegations set forth in Paragraph 37 and 38. Such allegations are peculiarly within the knowledge of Monsanto.

13.    Defendant denies the allegations set forth in Paragraphs 39,40,41,42, 43, 44 and 45.

14.    Defendant admits the allegations of Paragraph 47.

15.    Defendant denies the allegations set forth in Paragraphs 48, 49, 50, 51, 52, 53, 55, 56, 57 and 58.

**WHEREFORE,** Defendant prays that Plaintiffs' claims be denied and that he recover his costs.

**DATED** this _18_ day of January, 2011.

Respectfully submitted,

By:_____

Charles Dunn
Texas Bar No. 06241200
1001 Main Street Suite 204
Lubbock, Texas  79401
Tel. (806)763-1944
Fax. (806)763-1945
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing documents has been forwarded in accordance with the Federal Rules of Civil Procedure on this 18 day of January, 2011, to all counsel of record.

Charles Dunn