UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) )   No. 4:10-CV-2249 (CEJ) |
| ZEFERINO SAUCEDA, | ) ) ) |
| Defendant. | ) ) |

## ORDER

**IT IS HEREBY ORDERED** that the following shall apply with respect to the use of exhibits during the trial:

1. **Evidence Presentation Equipment**

During the trial, counsel are required to use the evidence presentation equipment located in the courtroom. This equipment must be used for exhibits that will be used at trial, regardless of whether the exhibits are offered into evidence. Exhibits in the form of documents and photographs are to be displayed to the witnesses and to the jury only through the evidence presentation system. Exceptions will be made for exhibits that cannot be displayed through the system because of size, shape or other physical characteristics.

Counsel are expected to learn how to use the evidence presentation equipment before the trial begins. Counsel must contact the Clerk of Court to arrange an appointment for training.

2. **Redaction of Exhibits**

Documents that are received into evidence by the court will be provided to the jury during deliberations. Information contained in an exhibit that is inadmissible or prejudicial must be redacted before the exhibit will be shown to the jury. Therefore,

before trial, counsel must review all documentary exhibits to determine whether they contain information that should be redacted.

                                                              _____
                                                              CAROL E. JACKSON
                                                              UNITED STATES DISTRICT JUDGE

Dated this 31st day of May, 2011.