UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY, LLC.<br>Plaintiff,<br><br>V.<br><br>ZEFERINO SAUCEDA<br>Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  4:10CV2249CEJ<br>)<br>) |

### DEFENDANT'S DEMAND FOR JURY TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, Zeferino Sauceda, Defendant in the above styled and numbered cause, and demands a jury trial.

Respectfully submitted,

By: _/s/ Charles Dunn_
Charles Dunn
Texas Bar No. 06241200
1001 Main Street Suite 204
Lubbock, Texas  79401
Tel. (806)763-1944
Fax. (806)763-1945
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing documents has been forwarded in accordance with the Federal Rules of Civil Procedure on this 24 day of June, 2011, to all counsel of record.

_/s/ Charles Dunn_
Charles Dunn