UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and | ) |
| MONSANTO TECHNOLOGY LLC, | ) |
| Plaintiffs, | ) |
| vs. | ) Cause No. 4:10-cv-2249 CEJ |
| ZEFERINO SAUCEDA, | ) |
| Defendant. | ) |

### MONSANTO'S RESPONSE TO CHARLES DUNN'S MOTION TO WITHDRAW

Plaintiffs Monsanto Company and Monsanto Technology LLC ("Monsanto") respectfully request that this Court deny Mr. Charles Dunn's motion to withdraw until completion of the deposition scheduled for September 8, 2011. In support, Monsanto states:

1. In mid-August, the parties agreed to depose a third party witness in Paducah, Kentucky on September 8, 2011.

2. Counsel for Monsanto made significant preparations for this deposition, including locating the third party witness, serving him with a subpoena, and making travel arrangements.

3. Requiring Mr. Dunn to participate in this deposition will not be burdensome. Monsanto does not expect the deposition to be lengthy. And, as previously agreed, Monsanto arranged for Mr. Dunn to participate in the deposition via telephone.

WHEREFORE Plaintiffs Monsanto Company and Monsanto Technology LLC respectfully request that this Court deny Mr. Charles Dunn's motion to withdraw until completion of the deposition scheduled for September 8, 2011.

5399187.1

        **Respectfully submitted,**

        **THOMPSON COBURN LLP**


        By /s/ Daniel C. Cox
           Daniel C. Cox, #38902MO
           Jeffrey A. Masson, #60244MO
           Kevin M. Carnie Jr., #60979MO
           One US Bank Plaza
           St. Louis, Missouri 63101
           314-552-6000
           FAX 314-552-7000

        *Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC*

- 3 -

## CERTIFICATE OF SERVICE

   I certify that on this 31st day of August 2011, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Charles Dunn
1001 Main Street, Suite 204
Lubbock, TX 79401

                /s/ Daniel C. Cox