UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) )   No. 4:10-CV-2249 (CEJ) |
| ZEFERINO SAUCEDA, | ) ) ) |
| Defendant. | ) |

### ORDER

This matter is before the Court on plaintiffs' motion to strike defendant's jury demand as untimely. Defendant has not responded to the motion and the time for doing so has expired.

A jury demand must be filed no later than 14 days after the last pleading is served; a party waives a jury trial unless its demand is properly served and filed. See Fed. R. Civ. P. 38(b) and (d). Here, defendant filed his answer on January 18, 2011. His jury demand was filed on June 24, 2011, more than 14 days after the last pleading was served in this case. Therefore, the demand is untimely.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's motion to strike defendant's jury demand [Doc. #25] is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall strike defendant's demand for a trial by jury [Doc. #24].

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 7th day of September, 2011.