RECEIVED
MAY - 1 2012
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
EASTERN DISTRICT/ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MONSANTO COMPANY, ET AL )
    Plaintiff(s), )
     )
v. ) Case No.   4:10-CV-02249
     )
     )
ZEFERINO SAUCEDA )
    Defendant(s). )

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

### Option 1

❑    An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case. All other extensions require court approval.*

### Option 2

☒    A final ADR conference was held on: __APRIL 6, 2012__.

☒    All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

❑    The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on __APRIL 6, 2012__. The parties [☒ did ❑ did not] achieve a settlement.
        Check One

### Option 3

❑    Although this case was referred to ADR, a conference WAS NOT HELD.

Date __5-1-12__  Neutral __[signature] Peter J. Dunne__
                                                       Signature